UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE GRAY INSURANCE COMPANY,

    Plaintiff,

v.                                                    Case No. 8:24-cv-01507-KKM-AEP

LITTLE ROAD EXPRESS WASH, INC.,
d/b/a, PAUL JALLO LITTLE ROAD
EXPRESS WASH INC., et al.,

    Defendants.
_____

## ORDER

The parties submit a stipulated form of final order, (Doc. 99), which requests a money judgment. I construe it as a motion to enter a stipulated final judgment. Finding nothing "unconstitutional, unlawful, unreasonable, or contrary to public policy" in the final judgment, *Stovall v. City of Cocoa*, 117 F.3d 1238, 1240 (11th Cir. 1997); *see also Frew ex rel. Frew v. Hawkins*, 540 U.S. 431, 437 (2004) (similar), I adopt it.

The construed motion for a stipulated judgment, (Doc. 99), is **GRANTED**. The clerk is directed to enter a **JUDGMENT** for Third-Party Plaintiff Consolidated Electrical Distributors, Inc., and against Third-Party Defendants Construction Management Services of Pasco, LLC, and Larry Daly, jointly and severally, in the amount of $34,672.20.

The principal sum shall bear interest at the rate of nine and nine one-hundredths percent (9.09%) per annum, for all of which let execution issue immediately and without further delay.

**ORDERED** in Tampa, Florida, on January 29, 2025.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge