UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE GRAY INSURANCE COMPANY,

    Plaintiff,

v.                                              Case No. 8:24-cv-01507-KKM-AEP

LITTLE ROAD EXPRESS WASH, INC.,
d/b/a, PAUL JALLO LITTLE ROAD
EXPRESS WASH INC., et al.,

    Defendants.

## ORDER

The United States Magistrate Judge recommends granting the plaintiff's renewed motion for default judgment (Doc. 126). The deadline to object to the Magistrate Judge's Report and Recommendation has passed without either party lodging an objection. Considering the record, the Court adopts the Report and Recommendation.

After conducting a review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal

conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, I adopt the Report and Recommendation.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 126) is **ADOPTED** and made a part of this Order for all purposes.

2. The Plaintiff's renewed motion for default judgment against Defendant Alvarez Plumbing Co. as to Count II (Doc. 125) is **GRANTED**.

3. The Clerk is directed to **ENTER A DECLARATORY JUDGMENT** which shall read "Judgment is entered in favor of Plaintiff Gray Insurance Company and against Defendant Alvarez Plumbing Co. The Bond (including the Payment Bond) is void because the April Contract that is the subject of the Bond was never executed. Gray did not bond the October Contract and is not obligated to pay for labor and materials provided by the Lien Claimants and Alvarez."

4. The Clerk is directed to **CLOSE** this case and terminate any pending deadlines.

**ORDERED** in Tampa, Florida, on March 3, 2025.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge